McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2771

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODGER BRUNEAU, SR.,<br><br>　　　　Defendant. | 2:04-cr-0357 MCE<br><br>MOTION AND ORDER<br>DISMISSING INDICTMENT;<br>ORDER |

　　　The United States of America, by and through its undersigned attorney, Kymberly A. Smith, Assistant United States Attorney of the Eastern District of California, advises this Court that RODGER BRUNEAU, SR. passed away on or about February 14, 2005.  Accordingly, the government respectfully requests that this Court dismiss with prejudice, the above-captioned indictment.  This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure in that the defendant is deceased.

DATED: January 4, 2006　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　 By: /s/ Kymberly A. Smith
　　　　　　　　　　　　　　　　　　　　　　KYMBERLY A. SMITH
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED THAT the above-captioned Indictment against RODGER BRUNEAU SR., be and the same hereby is DISMISSED with prejudice.

DATED: January 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE